UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHARLOTTE COBB, an individual,

       Plaintiff,

v.                                                        Case No.   3:19-cv-897-J-39JRK

MONSANTO COMPANY,

       Defendant.
_____

**IMPORTANT INFORMATION ABOUT YOUR CASE**
**PLEASE READ AND FOLLOW**

      TAKE NOTICE, that in accordance with Local Rule 3.05, this action is designated as a TRACK TWO CASE. The Court's goal is to try most Track Two cases within 12-18 months of filing. **The filing party (that is, the party that instituted suit in this Court) is responsible for serving a copy of this Notice and its attachments upon all other parties.** The parties should conduct a case management conference (either in person or by telephone[1]) and file their Case Management Report no later than 60 days after service or 40 days after the appearance of any defendant, whichever is sooner.[2] In preparing their Report, the parties shall consult the Federal Rules of Civil Procedure and the Local Rules (available from the Clerk or at http://www.flmd.uscourts.gov). Counsel for all parties share the obligation to timely comply with the requirements of Local Rule 3.05 and are reminded that they must do so despite the pendency of any undecided motions. All parties must send courtesy copies to chambers of all filings that exceed 25 pages, inclusive of exhibits, regardless of whether the filing is done electronically or in paper.

      **The parties are advised that if they fail to use the attached Case Management Report form, the Court will set a schedule and select a mediator as the Court deems appropriate.**

Date: August 9, 2019                                       ELIZABETH M. WARREN, CLERK
                                                                      By:    s/ C. Swinton
                                                                                    Deputy Clerk

Copies to:      Counsel of Record
                    Pro Se Parties
Attachments:  Case Management Report form
                    AO 85 Consent to Magistrate Judge Jurisdiction form

---

[1] If all parties agree to conduct the case management conference by telephone, they may do so without filing a motion with the Court.

[Track 2 updated 1/11/2016]