UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

| | |
|---|---|
| **CHARLOTTE COBB,** an individual, | Case No.: 3:19-cv-00897-BJD-JRK |
| Plaintiff, | |
| v. | |
| **MONSANTO COMPANY,** | |
| Defendant. | |

## MOTION FOR ADMISSION OF KEVIN P. SULLIVAN PRO HAC VICE AND WRITTEN DESIGNATION AND CONSENT TO ACT

Pursuant to Local Rule 2.02(a) of this Court, Plaintiff Charlotte Cobb, by and through her undersigned attorneys, moves this Court for an order allowing Kevin P. Sullivan of Sullivan Law Firm, LLC to appear in this Court *pro hac vice* as co-counsel on her behalf in the above-captioned lawsuit and states as follows:

1. Kevin P. Sullivan is an attorney licensed to practice law and is a member of good standing in the state bar in the States of Washington and Oregon. A certificate of good standing is attached hereto.

2. Kevin P. Sullivan is also admitted to practice and is in good standing in the United States District Court for the Western District of Washington, the Eastern District of Washington, and the District of Oregon.

3. Kevin P. Sullivan certifies that he has never been disbarred and is not currently suspended from the practice of law in the States of Washington and Oregon or any other state, nor from any United States District Court or Court of Appeals.

4. Kevin P. Sullivan further certifies that he has not previously moved for admission *pro hac vice* to appear in a proceeding in the United States District Court for the Middle District of Florida.

1

5. Kevin P. Sullivan further certifies that he will make himself familiar with and shall be governed by the local rules of this Court, the rules of professional conduct, and all other requirements governing the United States District Court for the Middle District of Florida and the Jacksonville Division.

6. Within fourteen days from the date of an order granting this motion, Kevin P. Sullivan shall pay the Clerk of the United States District Court for the Middle District of Florida an Attorney Special Admission Fee in the amount of $150.00 accompanied by a copy of the Court's order. Upon payment of the fee, Kevin P. Sullivan shall file a Notice of Compliance with the Clerk of the United States District Court.

In support of Plaintiff's motion, Kevin P. Sullivan submits this Written Designation and Consent to Act on the part of Christopher Shakib, and states as follows:

1. Christopher Shakib, attorney for Plaintiff Charlotte Cobb, is an attorney with Terrell Hogan Yegelwel, P.A., located at 233 E Bay St, 8th Floor, Jacksonville, Florida 32202-3452, whose telephone number is (904) 632-2424, and facsimile number is (904) 632-2027.

2. Mr. Shakib is a member in good standing of the Florida Bar and has been admitted to practice before this court. Mr. Shakib's Florida Bar Number is 947865.

3. Mr. Shakib is a resident of Florida.

4. All notices and papers in this action may be served upon Mr. Shakib.

5. Mr. Shakib will be responsible for the progress of this case, including the trial, in the event of default of Kevin P. Sullivan.

Wherefore, movant respectfully requests entry of an order authorizing the admission *pro hac vice* of Kevin P. Sullivan to represent Plaintiff in this case.

Dated this 13th day of August, 2019.

**SULLIVAN LAW FIRM, LLC**

By: /s/Kevin P. Sullivan
Kevin P. Sullivan, WSBA No. 11987
*Pro hac vice applicant*
701 Fifth Avenue, Suite 4600
Seattle, Washington 98104-7068
Phone: (206) 682-9500
Facsimile: (206) 260-2060
p.sullivan@sullivanlawfirm.org
Attorney for Plaintiff Charlotte Cobb

### CONSENT OF DESIGNEE

Christopher Shakib, a member in good standing in the Middle District of Florida, hereby consents to the foregoing designation of Kevin P. Sullivan, and agree to serve as designee with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers shall be served.

**TERRELL • HOGAN**

By:/s/ Christopher Shakib
Christopher Shakib
Florida Bar No. 947865
233 E Bay St Fl 8
Jacksonville, Florida 32202-3452
Phone: (904) 632-2424
Facsimile: (904) 632-0549
shakib@terrellhogan.com
Attorney for Plaintiff Charlotte Cobb

### CERTIFICATE OF SERVICE

I hereby certify that on Tuesday, August 13, 2019, I electronically transmitted the foregoing document to the Clerk's Office using the PACER CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all parties of record.

/s/ Christopher Shakib

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 11987 |
| OF | ) | CERTIFICATE |
| KEVIN PATRICK SULLIVAN | ) | OF |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | GOOD STANDING |

I, Susan L. Carlson, Clerk of the Supreme Court of the State of Washington, hereby certify

**KEVIN PATRICK SULLIVAN**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on October 27, 1981, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 5th day of July, 2019.

Susan L. Carlson
Supreme Court Clerk
Washington State Supreme Court