**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CHARLOTTE COBB, an individual,

       Plaintiff,

v.                                                                                    Case No. 3:19-cv-897-J-39JRK

MONSANTO COMPANY,

       Defendant.

_____

## O R D E R

This cause is before the Court on the Motions for Admission of Kevin P. Sullivan and Thomas N. Petersen Pro Hac Vice and Written Designations and Consents to Act (Doc. Nos. 8, 10), both filed August 13, 2019. In the Motions, Kevin P. Sullivan and Thomas N. Petersen seek permission to appear pro hac vice in this matter on behalf of Plaintiff with Christopher Shakib as local counsel. Motions at 1-2. Upon review of the Motions and the file, Mr. Sullivan and Mr. Petersen have submitted the information and fee necessary to appear pro hac vice. Accordingly, it is

**ORDERED**:

1.    The Motions for Admission of Kevin P. Sullivan and Thomas N. Petersen Pro Hac Vice and Written Designations and Consents to Act (Doc. Nos. 8, 10) are **GRANTED**.

2.    Kevin P. Sullivan and Thomas N. Petersen are permitted to appear pro hac vice on behalf of Plaintiff with Christopher Shakib as local counsel.

3.    Mr. Sullivan and Mr. Petersen shall expeditiously ensure mandatory registration with the Court's electronic case filing (ECF) system, if they have not already done so.

**DONE AND ORDERED** in Jacksonville, Florida August 14, 2019.


**JAMES R. KLINDT**
United States Magistrate Judge




mdc
Copies to:
Counsel of record