## UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION                                         MDL No. 2741

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO −149)

On October 3, 2016, the Panel transferred 19 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 214 F.Supp.3d 1346 (J.P.M.L. 2016). Since that time, 1,493 additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Vince Chhabria.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Chhabria.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of October 3, 2016, and, with the consent of that court, assigned to the Honorable Vince Chhabria.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Sep 04, 2019

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.

ATTEST:
SUSAN Y. SOONG
Clerk, U.S. District Court
Northern District of California

by: _____
Deputy Clerk
Date: September 4, 2019

IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION                                            MDL No. 2741

### SCHEDULE CTO−149 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ALABAMA NORTHERN | | | |
| ALN | 2 | 19−00992 | Taylor v. Monsanto Company |
| ARKANSAS WESTERN | | | |
| ARW | 6 | 19−06102 | Hornbeck v. Monsanto Company |
| COLORADO | | | |
| CO | 1 | 19−02347 | Blyth v. Monsanto Co. et al |
| FLORIDA MIDDLE | | | |
| FLM | 2 | 19−00576 | Myers et al v. Monsanto Company |
| FLM | 2 | 19−00578 | Getz v. Monsanto Company |
| FLM | 2 | 19−00581 | Hernandez v. Monsanto Company |
| ~~FLM~~ | ~~2~~ | ~~19−00585~~ | ~~Valerio v. Monsanto Company~~   Vacated 9/3/19 |
| FLM | 2 | 19−00591 | Mueller v. Monsanto Company |
| FLM | 2 | 19−00592 | Cox v. Monsanto Company |
| FLM | 2 | 19−00594 | Wible v. Monsanto Company |
| FLM | 2 | 19−00604 | Mlejnek v. Monsanto Company |
| FLM | 3 | 19−00897 | Cobb v. Monsanto Company |
| FLORIDA SOUTHERN | | | |
| FLS | 9 | 19−81028 | Mutelet v. Monsanto Company |
| MICHIGAN EASTERN | | | |
| MIE | 2 | 19−12140 | Akrawi v. Monsanto Company, Inc. |
| MINNESOTA | | | |
| MN | 0 | 19−02307 | Brady v. Monsanto Company |
| MN | 0 | 19−02309 | Dean v. Monsanto Company |

### MISSISSIPPI SOUTHERN

| | | | |
|---|---|---|---|
| MSS | 1 | 19−00534 | Bradley v. Monsanto Company |
| MSS | 2 | 19−00122 | Stepney v. Monsanto Company |

### MISSOURI EASTERN

| | | | |
|---|---|---|---|
| MOE | 4 | 19−01833 | Bland et al v. Monsanto Company |
| MOE | 4 | 19−01835 | Melton v. Monsanto Company |
| MOE | 4 | 19−01836 | Orr et al v. Monsanto Company |
| MOE | 4 | 19−02189 | Hart et al v. Monsanto Company |
| MOE | 4 | 19−02193 | Lusti et al v. Monsanto Company |
| MOE | 4 | 19−02197 | Huenink et al v. Monsanto Company |
| MOE | 4 | 19−02214 | Shoemaker v. Monsanto Company |
| MOE | 4 | 19−02218 | Blue et al v. Monsanto Company |
| MOE | 4 | 19−02220 | Mann et al v. Monsanto Company |
| MOE | 4 | 19−02254 | Bozeman et al v. Monsanto Company |
| MOE | 4 | 19−02255 | Brisson v. Monsanto Company |
| MOE | 4 | 19−02256 | Harrington v. Monsanto Company |
| MOE | 4 | 19−02257 | Kowalski et al v. Monsanto Company |
| MOE | 4 | 19−02258 | Maiden v. Monsanto Company |
| MOE | 4 | 19−02259 | Meadows et al v. Monsanto Company |
| MOE | 4 | 19−02260 | White v. Monsanto Company |
| MOE | 4 | 19−02261 | Johnson et al v. Monsanto Company |
| MOE | 4 | 19−02262 | Spradley v. Monsanto Company |
| MOE | 4 | 19−02263 | Gayton v. Monsanto Company |
| MOE | 4 | 19−02264 | Curtis v. Monsanto Company |
| MOE | 4 | 19−02265 | Brown v. Monsanto Company |
| MOE | 4 | 19−02276 | Locher v. Monsanto Company |
| MOE | 4 | 19−02287 | Haggerty et al v. Monsanto Company |
| MOE | 4 | 19−02315 | Roy et al v Monsanto Company |

### NEW HAMPSHIRE

| | | | |
|---|---|---|---|
| NH | 1 | 19−00828 | Concannon v. Monsanto Company |

### NEW YORK EASTERN

| | | | |
|---|---|---|---|
| NYE | 2 | 19−04636 | Barkum v. Monsanto Company |

### OHIO NORTHERN

| | | | |
|---|---|---|---|
| OHN | 3 | 19−01823 | Rhuland et al v. Monsanto Company |

### TEXAS NORTHERN

| | | | |
|---|---|---|---|
| TXN | 3 | 19−01987 | Alexander v. Monsanto Company |

### WASHINGTON WESTERN

| | | | |
|---|---|---|---|
| WAW | 2 | 19−01255 | Piesik v. Monsanto Company |

| WAW | 3 | 19−05739 | Hayden et al v. Monsanto Company |